Alexander Freytsus
Butler County Jail
705 Hanover Street
Hamilton, OH 45011

CERTIFIED MAIL

9589 0710 5270 4382 6443 16

Retail

U.S. POSTAGE PAID
FCM LG ENV
WEST CHESTER, OH 45069
JUL 23, 2026

UNITED STATES POSTAL SERVICE

45202

$7.82

RDC 99

S2324N500515-02

U.S. MARSHALS SERVICE
X-RAY

Office of the Clerk
Potter Stewart US Courthouse
Room 103
100 East Fifth Street
Cincinnati, OH 45202